The initial pretrial conference scheduled for May 15, 2024, is adjourned to **June 26, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **June 18, 2024**. So Ordered.

Dated: May 6, 2024
      New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Linda Slade v. OneSkin, Inc.**
       **Case No. 24-cv-2407-LGS**
       **Motion to Adjourn Conference and Extend Deadline to file Documents**

Dear Judge Schofield:

      The undersigned represents Linda Slade, the Plaintiff in the above-referenced case.  On April 2, 2024, Your Honor issued an Order scheduling an Initial Conference for May 15, 2024 at 4:00 p.m. and directing the parties to file a joint letter and a joint Proposed Civil Case Management Plan and Scheduling Order ("CMP") by May 8, 2024.

      Defendant was served on April 4, 2024 [See Docket #6]. Defendant's deadline to answer was April 25, 2024. As service was made through Defendant's registered agent, it is not unusual for Defendants to receive late notice of an action.

      On May 3, 2024, I reached out to Defendant through its published email, support@oneskin.co, in an effort to ensure that it is aware of this action. I have not received a response yet. Consequently, I respectfully request that the May 15 Initial Conference be adjourned for 30 days in the hopes that Defendant may still appear. If Defendant continues to ignore this lawsuit by the adjourned date, I will seek a default judgment.

      No prior request for this relief has been made.

      Thank you for your consideration.

      Respectfully submitted,

      */s/ Dan Shaked*
      Dan Shaked, Esq.

cc: OneSkin, Inc. (via first-class mail and email)