The initial pretrial conference scheduled for June 26, 2024, is adjourned to **July 24, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **July 17, 2024**.

If Defendant fails to appear by July 17, 2024, Plaintiff shall file a proposed order to show cause for default judgment and supporting papers as required by the Court's Individual Rules by **July 24, 2024**. So Ordered.

Dated: June 18, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **Linda Slade v. OneSkin, Inc.**
      **Case No. 24-cv-2407-LGS**
      **Motion to Adjourn Conference and Extend Deadline to file Documents**

Dear Judge Schofield:

The undersigned represents Linda Slade, the Plaintiff in the above-referenced case. On May 6, 2024, Plaintiff requested that the Initial Conference scheduled for May 15, 2024 be adjourned since Defendant has not appeared in this case. On the same date, Your Honor issued an Order adjourning the Initial Conference to June 26, 2024 at 4:00 p.m. and directing the parties to file a joint letter and a joint Proposed Civil Case Management Plan and Scheduling Order ("CMP") by June 18, 2024 [Dkt. #8].

Defendant was served with this Order on May 9, 2024. We have not heard from Defendant and no appearance of counsel has been noted in this case.

Consequently, we are unable to propose a Joint Letter or a CMP. Likewise, it may not make any sense to appear at an Initial Conference without Defendant's presence. In the alternative, Plaintiff proposes to make a Request for Certificate of Default on or before June 30, 2024.

Thank you for your consideration and advie.

Respectfully submitted,

*/s/ Dan Shaked*
Dan Shaked, Esq.

cc: OneSkin, Inc. (via first-class mail and email)