# PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

July 9, 2024

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application **GRANTED**. Defendant shall answer or otherwise respond to the Complaint by **August 22, 2024**.

Dated: July 10, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Re:**   *Linda Slade, Individually and as the representative of a class of similarly situated persons, v. OneSkin, Inc.*
Case No. 1:24-cv-02407-LGS

**Defendant OneSkin Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Schofield:

We represent Defendant OneSkin, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until August 22, 2024. We recognize that the Complaint was filed on March 29, 2024 and served on April 4, 2024, making a response to the Complaint due April 25, 2024, but Defendant was inadvertently unaware of service and has just retained counsel. This extension will allow Defendant to investigate the claims and the parties to confer regarding the matter.

The proposed Case Management Plan is due to July 17, 2024 and the Initial Pretrial Conference is set for July 24, 2024, and the parties do not request extensions to these deadlines.

Defendant's counsel has conferred with counsel for the plaintiff, who consents to this request. Defendant has made no previous requests for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:kpm

cc:     All Counsel of Record (via ECF)