<div align="center">

**SHAKED LAW GROUP, P.C.**
Attorneys-At-Law
14 Harwood Court, Suite 415
Scarsdale, New York 10583

_____

Tel.  (917) 373-9128
ShakedLawGroup@Gmail.com

</div>

<div align="right">

July 17, 2024

</div>

**Via Email: Schofield_NYSDChambers@nysd.uscourts.gov**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **Linda Slade v. OneSkin, Inc.**
     **Case No. 24-cv-2407-LGS**
     **Notice of Settlement**

Dear Judge Schofield:

    The parties have reached a settlement in the above-referenced matter and are in the process of preparing a formal settlement agreement containing the agreed-upon terms. Once the terms of the Agreement have been fulfilled, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice and without costs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

    The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

    The parties respectfully request that the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

<div style="margin-left: 50%;">

Respectfully submitted,
*/s/ Dan Shaked*
Dan Shaked, Esq.

</div>